# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2801
_____

BCB MANAGEMENT, LLC,

Petitioner,

v.

JESSICA DUGGAN, PATRICK J.
DUGGAN, BETSY HARRINGTON,
ARTHUR RUTTENBERG HOMES,
INC., SOVRAN BUILDING
SYSTEMS, INC., CALEB STUCCO,
INC., and APEX TECHNOLOGY,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 22, 2019

PER CURIAM.

DENIED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

J. Michael Grimley, Jr. and M. Austin Moretz of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Pensacola, for Petitioner.

Robert A. Goodwin III of Robert A. Goodwin III, P.A., Fort Walton Beach; Lewis J. Conwell of Conwell Business Law, Tampa; D. Randall Briley of Briley & Deal, LLC, Jacksonville Beach; Clay Whittaker of Cole, Scott & Kissane, P.A., Pensacola, for Respondents.